

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00203-CR

Robert G. **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR4663
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: June 5, 2024

DISMISSED FOR LACK OF JURISDICTION

On November 9, 2021, appellant pled nolo contendere to possession of a firearm by a felon and was placed on community supervision for three years. On February 1, 2024, the trial court revoked appellant's community supervision and sentenced him to three years in prison. Because appellant did not file a motion for new trial, his notice of appeal was due by March 4, 2024. *See* TEX. R. APP. P. 26.2(a)(1); R. 4.1(a). A motion for extension of time to file appellant's notice of appeal was due by March 19, 2023. *See* TEX. R. APP. P. 26.3. However, appellant did not file his

notice of appeal until March 21, 2024. Furthermore, appellant did not file a motion for extension of time to file his notice of appeal.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.3d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke a court of appeals' jurisdiction if (1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *Id*.

On April 3, 2024, we ordered appellant to show cause in writing by May 3, 2024 why this appeal should not be dismissed for lack of jurisdiction. Appellant did not file a response to our order. Because appellant did not timely file his notice of appeal and did not timely file a motion for extension of time to file his notice of appeal, we have no choice but to dismiss this appeal for lack of jurisdiction. *See id*.; *Perkins v. State*, No. 04-22-00398-CR, 2022 WL 3372418, at *1 (Tex. App.—San Antonio Aug. 17, 2022, no pet.) (not designated for publication) (dismissing appeal when appellant filed an untimely notice of appeal and failed to file a motion for extension of time to file a notice of appeal).

PER CURIAM

DO NOT PUBLISH